UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:06CR20024-001 |
| | ) | |
| DELMAR PHILLIPS | ) | |

### ORDER OF DISMISSAL

Now on this same day came on for consideration the government's Motion to Dismiss pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and upon consideration of the same, the Court is of the opinion that same Motion should be granted.

NOW THEREFORE, it is ordered that Count Two of the Indictment filed in the above-entitled and numbered cause on May 3, 2006, be on the same day hereby dismissed with prejudice.

Entered on this 18th day of December, 2006.

HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 18 2006

CHRIS R. JOHNSON, CLERK

Y
DEPUTY CLERK